Greg Lance Shepherd
2011 W Davis Rd
PhoenixAZ 85023
(602) 708-7658

```
         FILED       LODGED
         RECEIVED    COPY

         FEB 0 1 2023

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY                  DEPUTY
```

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Greg Lance Shepherd,
Neighborhood Plumbing Inc.
               Plaintiff,

v.

Tammy Wyn Orcutt,

               Defendant(s).

CASE NUMBER: **CV23-00213-PHX-JJT**

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to §§ . The plaintiff is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, Tammy Wyn Orcutt, is a resident of Newport News, VA and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I sold my family home of 22 years to purchase the house of this complaint. At the time of signing my credit score was low from 2 unpaid medical bills, so my on and off girlfriend agreed that she would temp sign until I paid those bills to qualify as the sole owner and her name was to be taken off the title. The defendant owned her own home and was not looking to purchase aa home. I was to pay all deposits, utilities, solar mortgages, and repair credit. Which I did all. AS PER OUR AGREEMENT. The defendant had $00000 invested in the property. The agreement was put in writing by the defendant in her drama letter of the Order of Protection she filed with no merit. And sold my house, stole several vehicles, camper, my dog, personal property, my sons property (including hi moms ashes who had died within a couple weeks of this) my companys inventory and equipment, which I have lost. The defendant would not sign over my house as agreed and sold and profited from the house she had $000 into. I have been scammed out of my whole life and familys homes and my 25 year old company in Phoenix by the defendant. Also the thousands of dollar I put into the defendants own home. I'm now homeless living in my daughters car on the side of the road, I can not afford an attorney or filing fees and need help.

## Demand

Relief in the amount of $850,000.00 min for theft of homes, investments in major renovations, theft of property, dog, sons property, vehicles, and loss of my business. My mental and emotional distress is beyond words. Plus whatever the court sees fit. I would pray prosecution of the defendant by the court be bought to the fullest extent and not overlooked, with all the evidence that will be included can not be ignored. **Damages: $850,000.00min** For the theft of my homes, property, my investments and my Company, also pain and suffering cause to myself and my family.

Date: 1-30-2023

Signature of Pro Se Plaintiff
Greg Lance Shepherd
2011 W Davis Rd
Phoenix, AZ 85023
(602) 708-7658